UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| Andrea M. Johnson, ) | Case No.: 24-22706-CMB |
|    Debtor, ) | Chapter 13 |
| ) | |
| Andrea M. Johnson, ) | Related to Doc. No. 11 |
|    Movant, ) | |
| ) | |
| vs. ) | Hearing date and time: |
| ) | |
| ) | |
| Roundpoint Mortgage Svc., Trafford Borough ) | |
| Sewage Department and Ronda J. Winnecour, ) | |
| Trustee, ) | |
|    Respondent. ) | |

## ORDER OF COURT

AND NOW, on this __18th__ day of __November__, 2024 upon consideration of the application of Andrea M. Johnson for Extension of Time to Complete Filing Requirements. It is hereby ORDERED, ADJUDGED, and DECREED that the motion is GRANTED. The required documents shall be filed no later than November 25, 2024. No further extensions granted.

BY THE COURT,

FILED
11/18/24 12:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-22706-CMB |
| Andrea M. Johnson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 1
Date Rcvd: Nov 18, 2024  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2024:**

**Recip ID    Recipient Name and Address**
db          + Andrea M. Johnson, 518 Inwood Road, Trafford, PA 15085-1180

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2024 at the address(es) listed below:

**Name                Email Address**

Brent J. Lemon
                    on behalf of Creditor TH MSR Holdings LLC blemon@kmllawgroup.com  lemondropper75@hotmail.com

Franklin L. Robinson, Jr.
                    on behalf of Debtor Andrea M. Johnson frobi69704@aol.com  flrlegal@excite.com;robinsonfr66530@notify.bestcase.com

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

TOTAL: 5