UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| ANDREA M. JOHNSON, | ) | CASE NO. 24-22706-CMB |
|     Debtor, | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| ANDREA M. JOHNSON, | ) | |
|     Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NO RESPONDENT | ) | |

AFFIDAVIT OF INCOME

    I, Andrea M. Johnson, Debtor hereby attest under penalty of perjury that I am unemployed currently and receive Social Security in the amount of $900.00 each month. I understand that any false statements herein are made subject to penalties of perjury.


<u>11-25-2024</u>                                                                          <u>/s/ Andrea M. Johnson                     </u>
DATE                                                                                              ANDREA M. JOHNSON